| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | **EMPACADORA Y PROCESADORA DEL SUR, INC.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **EMPROSUR** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **66-0757983** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **PARQUE IND SAN IDELFONSO SUITE 2** <br> **Coamo, PR 00769** <br> Number, Street, City, State & ZIP Code <br><br> **Coamo** <br> County | **Mailing address, if different from principal place of business** <br><br> **PO BOX 1920** <br> **Coamo, PR 00769-1920** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **N/A** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website (URL)** | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **EMPACADORA Y PROCESADORA DEL SUR, INC.**                    Case number (*if known*)
      Name

---

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor  **EMPACADORA Y PROCESADORA DEL SUR, INC.**
Name

Case number (*if known*) _____

**10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** Why is the case filed in *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13.** Debtor's estimation of available funds

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** Estimated number of creditors

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** Estimated Assets

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** Estimated liabilities

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor   **EMPACADORA Y PROCESADORA DEL SUR, INC.**
    Name                                                                  Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **EMPACADORA Y PROCESADORA DEL SUR, INC.**
Name

Case number (*if known*) _____

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   N/15/2022
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title  **PRESIDENT**

**CARLOS C. RODRIGUEZ ALONSO**
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date _____
MM / DD / YYYY

**ALEXIS FUENTES HERNANDEZ, ESQ.**
Printed name

**FUENTES LAW OFFICE**
Firm name

**PO BOX 9022726**
**San Juan, PR 00902-2627**
Number, Street, City, State & ZIP Code

Contact phone  **787-722-5215**

Email address  **alex@fuenteslaw.com**

**USDC-217201 PR**
Bar number and State

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

page 5

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **EMPACADORA Y PROCESADORA DEL SUR, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _N / 15 / 2022_          X _____

Signature of individual signing on behalf of debtor

**CARLOS C. RODRIGUEZ ALONSO**
Printed name

**PRESIDENT**
Position or relationship to debtor

Official Form 202                     Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **EMPACADORA Y PROCESADORA DEL SUR, INC.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...................................................................... $ 11,604,565.02

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................................ $ 11,604,565.02

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D.* ........... $ 6,714,383.69

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................... $ 280,535.67

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ................... +$ 3,603,284.81

4. **Total liabilities** ......................................................................
   Lines 2 + 3a + 3b
   $ 10,598,204.17

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **EMPACADORA Y PROCESADORA DEL SUR, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

| 2. | **Cash on hand** | | | $0.00 |
|---|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Bank**<br>**Operating Account** | **Operations** | **2058** | $0.00 |
| 3.2. | **First Bank**<br>**Payroll Account** | **Payroll** | **1992** | $0.00 |
| 3.3. | **Banco Popular of Puerto Rico**<br>**Marginal Account** | **Marginal Account-**<br>**Deposits** | **3021** | $291,704.00 |
| 3.4. | **Banco Popular of Puerto Rico**<br>**Operating Account** | **Operations** | **0952** | $23,066.89 |
| 3.5. | **Banco Popular of Puerto Rico**<br>**Payroll Account** | **Payroll** | **0960** | $203.87 |
| 3.6. | **Banco Popular of Puerto Rico**<br>**Savings Account** | **Savings** | **0979** | $21.13 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **EMPACADORA Y PROCESADORA DEL SUR, INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$314,995.89**

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

     7.1.    **Prepaid Expenses**                     **$26,844.13**

     7.2.    **Security Deposits AEE**                   **$100.00**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**

        Add lines 7 through 8. Copy the total to line 81.      **$26,944.13**

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **1,178,021.00** | – | **122,558.00** | = .... | **$1,055,463.00** |
| 11a. 90 days old or less: | **1,458.00** | – | **0.00** | = .... | **$1,458.00** |
| 11a. 90 days old or less: | **87,182.00** | – | **0.00** | = .... | **$87,182.00** |
| 11a. 90 days old or less: | **1,043,255.00** | – | **0.00** | = .... | **$1,043,255.00** |

12.      **Total of Part 3.**

        Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$2,187,358.00**

**Part 4:**    Investments

**13. Does the debtor own any investments?**

Debtor    **EMPACADORA Y PROCESADORA DEL SUR, INC.**                    Case number *(If known)*
          Name

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Inventory | | $0.00 | | $1,775,501.00 |

| 23. | **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | | | | $1,775,501.00 |

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|

Debtor    **EMPACADORA Y PROCESADORA DEL SUR, INC.**
          Name

Case number *(If known)*

| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | |
|---|---|---|---|
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 49. | Aircraft and accessories | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) **Property and Equipment (See Exhibit I)** | $0.00 | $2,989,089.00 |

**51.**   **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$2,989,089.00

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **COMPAÑIA DE FOMENTO INDUSTRIAL DE PR LEASED REAL PROPERTY AT PARQUE IND SAN IDELFONSO SUITE 2 COAMO, PR 00769** | LESSEE | $0.00 | N/A | $0.00 |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | EMPACADORA Y PROCESADORA DEL SUR, INC. | Case number *(If known)* |
|---|---|---|
| | Name | |

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:** Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets<br>SEE EXHIBIT III | $0.00 | | $0.00 |

61. Internet domain names and websites

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

64. Other intangibles, or intellectual property

65. Goodwill

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89. | | | | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:** All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. Notes receivable
Description (include name of obligor)

72. Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

73. Interests in insurance policies or annuities

---

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 5

Debtor   **EMPACADORA Y PROCESADORA DEL SUR, INC.**
Name

Case number *(If known)*

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Other Current Assets** | $2,271,095.00 |
| | **Long Term in Progress** | $1,706,588.00 |
| | **Deferred Tax Asset** | $7,241.00 |
| | **Prepaid Workmen Compensation** | $77,748.00 |
| | **Grant Renewable - Construction of Certain Refrigerated Room at Meats Processing Plant Department of Agriculture** | $248,005.00 |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$4,310,677.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **EMPACADORA Y PROCESADORA DEL SUR, INC.**
Name

Case number *(If known)* _____

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $314,995.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $26,944.13 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,187,358.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,775,501.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,989,089.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,310,677.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,604,565.02 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,604,565.02 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **EMPACADORA Y PROCESADORA DEL SUR, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** BANCO POPULAR OF PUERTO RICO<br>Creditor's Name<br><br>PO BOX 362708<br>San Juan, PR 00936-2708<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**SECURED LINE OF CREDIT**<br><br><br>Describe the lien<br>**UCC OVER ACCOUNTS RECEIVABLE**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $2,932,601.24 | $1,178,021.00 |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** BANCO POPULAR OF PUERTO RICO<br>Creditor's Name<br><br>PO BOX 362708<br>San Juan, PR 00936-2708<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**SECURED LOAN**<br><br><br>Describe the lien<br>**UCC FILINGS OVER MACHINERY AND EQUIPMENT AND OTHER ASSETS**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $2,037,699.03 | $2,055,893.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **EMPACADORA Y PROCESADORA DEL SUR, INC.**
Name

Case number (if known)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.3**   **BANCO POPULAR OF PUERTO RICO**
Creditor's Name

**PO BOX 362708**
**San Juan, PR 00936-2708**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**SECURED LOAN**

$282,092.92          $282,092.92

Describe the lien
**UCC OVER "EMPANIZADO MACHINERY"**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.4**   **BANCO POPULAR OF PUERTO RICO**
Creditor's Name

**PO BOX 362708**
**San Juan, PR 00936-2708**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**SECURED LOAN**

$207,597.24          $207,597.24

Describe the lien
**UCC OVER MACHINERY AND EQUIPMENT ("TUMBLERS")**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.5**   **FONDO INTEGRAL DESARROLLO AGRICOLA**
Creditor's Name

**APARTADO 9745**
**San Juan, PR 00908**

Describe debtor's property that is subject to a lien
**SECURED LOAN**

$946,900.41          $946,900.41

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **EMPACADORA Y PROCESADORA DEL SUR, INC.**   Case number (if known) _____

Name

| Creditor's mailing address | **Describe the lien** |
| | **UCC OVER IQF EQUIPMENT** |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

Date debt was incurred

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **FONDO INTEGRAL DESARROLLO AGRICOLA** | Describe debtor's property that is subject to a lien | $307,492.85 | $307,492.85 |

Creditor's Name

**APARTADO 9745
San Juan, PR 00908**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**CONSTRUCTION LINE OF CREDIT**

**Describe the lien**
**REFRIGERATED ROOMS**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

Date debt was incurred
**2021**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $6,714,383.69 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **EMPACADORA Y PROCESADORA DEL SUR, INC.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**DEPARTAMENTO DE HACIENDA BANKRUPTCY SECTION 424 B**<br>**PO BOX 9024140**<br>**San Juan, PR 00902-4140** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**DEPARTMENT OF LABOR**<br>**PO BOX 195540**<br>**San Juan, PR 00919-5540** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$150,000.00** | **$0.00** |
| | Date or dates debt was incurred<br>**VARIOUS** | Basis for the claim:<br>**UNEMPLOYMENT TAXES** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **EMPACADORA Y PROCESADORA DEL SUR, INC.**
Name

Case number (if known)

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,323.29 | $0.00 |
|---|---|---|---|---|

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**PAYROLL TAXES**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MUNICIPIO DE COAMO**
**PO BOX 1875**
**Coamo, PR 00769**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84,212.38 | $84,212.38 |
|---|---|---|---|---|

**STATE INSURANCE FUND**
**CORPORATION**
**PO BOX 365028**
**San Juan, PR 00936-5028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021-2022**

Basis for the claim:
**WORKMEN'S COMPENSATION**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $369.65 |
|---|---|---|---|

**AMERICO FINANCIAL LIFE & ANNUITY INS
CO**
**PO BOX 809010**
**Kansas City, MO 64180-9010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/13/2022

Last 4 digits of account number __

Basis for the claim:  **INSURANCE**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $6,426.00 |
|---|---|---|---|

**ANA PACKING**
**JULIA INDUSTRIAL PARK**
**913 AVE ESCORIAL SUITE 2**
**San Juan, PR 00920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/21/2021

Last 4 digits of account number __

Basis for the claim:  **PACKAGING MATERIAL**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | EMPACADORA Y PROCESADORA DEL SUR, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply | $73,842.73 |
|---|---|---|
| **AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO** PO BOX 70101 San Juan, PR 00936-8101 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _7/9/2021_ | Basis for the claim:  UTILITIES | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $185,615.03 |
|---|---|---|
| **BRENNTAG PUERTO RICO, INC.** PLAZA CAROLINA STATION PO BOX 8727 Carolina, PR 00988-8727 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _12/21/2021_ | Basis for the claim:  PRODUCTION MATERIALS | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $6,692.82 |
|---|---|---|
| **CENTRAL PACKAGING CARIBE, INC.** PO BOX 438 Orocovis, PR 00720 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _12/1/2021_ | Basis for the claim:  PACKAGING MATERIAL | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply | $243.27 |
|---|---|---|
| **CLARO** PO BOX 70366 San Juan, PR 00936-8366 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _1/21/2022_ | Basis for the claim:  UTILITIES | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $38,663.60 |
|---|---|---|
| **COMPAÑIA DE FOMENTO INDUSTRIAL DE PR** PO BOX 362350 San Juan, PR 00936-2350 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _10/2/2021_ | Basis for the claim:  RENTS | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $5,297.50 |
|---|---|---|
| **CONSOLIDATED WASTE SERVICES, CORP.** PO BOX 366518 San Juan, PR 00936 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _1/1/2022_ | Basis for the claim:  WASTE DISPOSAL | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $262,384.96 |
|---|---|---|
| **EASY PACKAGING DISTRIBUTORS, LLC** PO BOX 2359 Bayamon, PR 00960-2359 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _10/21/2021_ | Basis for the claim:  PACKAGING MATERIAL | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | EMPACADORA Y PROCESADORA DEL SUR, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $400,382.19 |
|---|---|---|---|

**3.10**

Nonpriority creditor's name and mailing address

**FINCA SUR, LLC**
**TERRA DEL VALLE # 13**
**Cayey, PR 00736**

Date(s) debt was incurred __11/23/2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __INVENTORIES__

Is the claim subject to offset? ☐ No ☐ Yes

$400,382.19

---

**3.11**

Nonpriority creditor's name and mailing address

**GENERAL MACHINERY CONTRACTORS & RENTALS**
**210 CARR 869 SUITE 1**
**Catano, PR 00962-7015**

Date(s) debt was incurred __12/10/2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __EQUIPMENT RENTAL__

Is the claim subject to offset? ☐ No ☐ Yes

$2,142.00

---

**3.12**

Nonpriority creditor's name and mailing address

**INTERNATIONAL DISTRIBUTORS, INC.**
**PO BOX 1046**
**Sabana Seca, PR 00952**

Date(s) debt was incurred __12/6/2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FRIEGH OUT__

Is the claim subject to offset? ☐ No ☐ Yes

$9,290.33

---

**3.13**

Nonpriority creditor's name and mailing address

**JOHNSON CONTROLS PR, INC.**
**PO BOX 3419**
**Carolina, PR 00984-3419**

Date(s) debt was incurred __12/9/2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __REPAIRS__

Is the claim subject to offset? ☐ No ☐ Yes

$2,445.04

---

**3.14**

Nonpriority creditor's name and mailing address

**KING UNIFORMS & INDUSTRIAL LAUNDRY, INC.**
**PO BOX  1138**
**Arecibo, PR 00613**

Date(s) debt was incurred __11/1/2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UNIFORMS__

Is the claim subject to offset? ☐ No ☐ Yes

$9,821.56

---

**3.15**

Nonpriority creditor's name and mailing address

**LIANCA FOLDING BOX, INC.**
**PO BOX 5068**
**Carolina, PR 00984**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __PLASTIC BOXES__

Is the claim subject to offset? ☐ No ☐ Yes

$22,111.88

---

**3.16**

Nonpriority creditor's name and mailing address

**LIQUILUX GAS CORPORATION**
**PO BOX 7144**
**Ponce, PR 00732-7144**

Date(s) debt was incurred __11/15/2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __GAS__

Is the claim subject to offset? ☐ No ☐ Yes

$18,703.20

---

| Debtor | EMPACADORA Y PROCESADORA DEL SUR, INC. | | Case number (if known) | |
| | Name | | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check that apply | $377,815.50 |
| | **LUMA ENERGY**<br>PO BOX 363508<br>San Juan, PR 00936-2434 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/14/2021 | Basis for the claim:  UTILITIES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $101,724.50 |
| | **MAYS CHEMICAL COMPANY OF PR, INC.**<br>PO BOX 363968<br>San Juan, PR 00936-3668 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/23/2021 | Basis for the claim:  CHEMICAL PRODUCTS | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $817,146.00 |
| | **MIDLAND FOODS, LLC**<br>17130 DALLAS PARKWAY<br>SUITE 110<br>Dallas, TX 75248-1139 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/23/2021 | Basis for the claim:  INVENTORIES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,008.68 |
| | **PACKERS PROVISION**<br>GARDEN HILLS PLAZA PMB 342<br>1353 AVE LUIS VIGOREAUX<br>Guaynabo, PR 00966-2718 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/19/2021 | Basis for the claim:  INVENTORIES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,021.38 |
| | **PRAXAIR PUERTO RICO**<br>PO BOX 307<br>Gurabo, PR 00778-0307 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/31/2021 | Basis for the claim:  GAS | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,325.00 |
| | **SERVICIOS VETERINARIO**<br>9 CARRETERA 693<br>Dorado, PR 00646-3445 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/18/2020 | Basis for the claim:  VETERINARY SERVICES | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $146,304.25 |
| | **STATE INSURANCE FUND CORPORATION**<br>PO BOX 365028<br>San Juan, PR 00936-5028 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2013-2014-2016-2018 | Basis for the claim:  WORKMEN'S COMPENSATION | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **EMPACADORA Y PROCESADORA DEL SUR, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $58,420.00 |
|---|---|---|---|

**3.24** Nonpriority creditor's name and mailing address
**TERRA FOODS TRAIDING, CORP.**
20533 BYSCAYNE BLVD
SUITE 127
Miami, FL 33180

Date(s) debt was incurred  12/10/2021
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INVENTORIES**

Is the claim subject to offset? ■ No ☐ Yes

$58,420.00

---

**3.25** Nonpriority creditor's name and mailing address
**USDA FOOD SAFETY AND INSPECTION SERVICE**
PO BOX 979001
Saint Louis, MO 63197-9000

Date(s) debt was incurred  11/7/2022
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INSPECTION**

Is the claim subject to offset? ■ No ☐ Yes

$6,823.62

---

**3.26** Nonpriority creditor's name and mailing address
**VALLEY FOOD PRODUCE, INC.**
8325 NW 56TH STREET
UNIT 4
Miami, FL 33166

Date(s) debt was incurred  12/2/2021
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INVENTORIES**

Is the claim subject to offset? ■ No ☐ Yes

$553,686.99

---

**3.27** Nonpriority creditor's name and mailing address
**VECTRA INTERNATIONAL, INC.**
715 SIOUX POINT ROAD
North Sioux City, SD 57049

Date(s) debt was incurred  10/20/2021
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **INVENTORIES**

Is the claim subject to offset? ■ No ☐ Yes

$457,577.13

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 280,535.67 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,603,284.81 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 3,883,820.48 |

**Fill in this information to identify the case:**

Debtor name    **EMPACADORA Y PROCESADORA DEL SUR, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | LEASE OF MANUFACTURING FACILITIES AT PARQUE IND SAN IDELFONSO SUITE 2 COAMO, PR 00769 |
| | State the term remaining | 8 YEARS (2030) |
| | List the contract number of any government contract | N/A |

COMPAÑIA DE FOMENTO INDUSTRIAL DE PR
PO BOX 362350
San Juan, PR 00936-2350

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | GRANT FOR CONSTRUCTION OF REFRIGERATED ROOM AT  MEATS PROCESSING PLANT |
| | State the term remaining | N/A |
| | List the contract number of any government contract | INV-04-17-7983 |

DEPARTMENT OF AGRICULTURE
APARTADO 10163
San Juan, PR 00908-1163

| Fill in this information to identify the case: |
|---|

Debtor name  **EMPACADORA Y PROCESADORA DEL SUR, INC.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | CARLOS C. RODRIGUEZ ALONSO | URB. TERRA DEL VALLE # 13 Cayey, PR 00736 | BANCO POPULAR OF PUERTO RICO | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2 | CARLOS C. RODRIGUEZ ALONSO | URB TERRA DEL VALLE # 13 Cayey, PR 00736 | BANCO POPULAR OF PUERTO RICO | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.3 | CARLOS C. RODRIGUEZ ALONSO | URB TERRA DEL VALLE # 13 Cayey, PR 00736 | BANCO POPULAR OF PUERTO RICO | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.4 | CARLOS C. RODRIGUEZ ALONSO | URB TERRA DEL VALLE # 13 Cayey, PR 00736 | FONDO INTEGRAL DESARROLLO AGRICOLA | ■ D  **2.5** ☐ E/F _____ ☐ G _____ |
| 2.5 | CARLOS C. RODRIGUEZ ALONSO | URB TERRA DEL VALLE #13 Cayey, PR 00736 | BANCO POPULAR OF PUERTO RICO | ■ D  **2.4** ☐ E/F _____ ☐ G _____ |

| Debtor | **EMPACADORA Y PROCESADORA DEL SUR, INC.** | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                                                                 Column 2: **Creditor**

| 2.6 | WILMARIE LEON OLIVERA | URB TERRA DEL VALLE # 13<br>Cayey, PR 00736 | BANCO POPULAR OF PUERTO RICO | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | WILMARIE LEON OLIVERA | URB TERRA DEL VALLE # 13<br>Cayey, PR 00736 | BANCO POPULAR OF PUERTO RICO | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | WILMARIE LEON OLIVERA | URB TERRA DEL VALLE # 13<br>Cayey, PR 00736 | BANCO POPULAR OF PUERTO RICO | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | WILMARIE LEON OLIVERA | URB TERRA DEL VALLE # 13<br>Cayey, PR 00736 | FONDO INTEGRAL DESARROLLO AGRICOLA | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | WILMARIE LEON OLIVERA | URB TERRA DEL VALLE # 13<br>Cayey, PR 00736 | BANCO POPULAR OF PUERTO RICO | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

**EMPACADORA Y PROCESADORA DEL SUR, INC.**  **EXHIBIT I**
**DETAIL OF EQUIPMENT**
**AS OF DECEMBER 31, 2021**

| | | | |
|---|---:|---:|---:|
| Furniture and Fixtures | $ 20,553 | $ (22,038) | $ (1,485) |
| Equipment | 2,868,540 | (1,769,492) | 1,099,048 |
| Automobile Kia Optima | 41,904 | - | 41,904 |
| Automobile | 450,014 | (358,772) | 91,243 |
| Leasehold Improvements | 1,718,461 | (831,520) | 886,941 |
| Leasehold - New Storage | 25,250 | (14,181) | 11,069 |
| Building Improvements - Coamo | 690,569 | (545,756) | 144,814 |
| Building Impro-Chicken Room | 66,007 | (53,724) | 12,283 |
| Improvement - Freezer's Room | 87,548 | (75,286) | 12,262 |
| Leasehold improv. - Storage | 29,433 | (25,716) | 3,717 |
| IQF | 395,944 | (294,626) | 101,318 |
| IQF Equipment | 1,014,183 | (428,207) | 585,976 |
| | $ 7,408,406 | $ (4,419,318) | $ 2,989,088 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                    **EXHIBIT II**
**DETAIL OF ACCOUNTS RECEIVABLE**

| | Gross Balance | Reserve | Net |
|---|---|---|---|
| Trade Accounts Receivable | $ 1,178,021 | $ (122,558) | $ 1,055,463 |
| Due from Employees | 87,182 | - | 87,182 |
| Other Accounts Receivables | 1,458 | - | 1,458 |
| Due from SJ Meat Processing, Inc. | 5,573 | - | 5,573 |
| Due from Hacienda San Diego, LLC | 583,588 | - | 583,588 |
| Due from Finca Sur, LLC | 429,372 | - | 429,372 |
| Due from Caribbean Foods, Inc. | 24,722 | - | 24,722 |
| | $ 2,309,916 | $ (122,558) | $ 2,187,358 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                          **EXHIBIT III**
**DETAIL OF REGISTERED TRADE NAMES**

| | Value |
|---|---|
| **Black Burguer** | Undertermined |
| **Valeria's Farm** | Undertermined |
| **El Emperador** | Undertermined |
| **Agrochoice** | Undertermined |

**Fill in this information to identify the case:**

Debtor name   **EMPACADORA Y PROCESADORA DEL SUR, INC.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,500,000.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$24,941,366.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$21,314,597.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | **PPP LOAN FORGIVENESS** | **$434,041.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | **COVID INCENTIVE** | **$243,550.00** |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **EMPACADORA Y PROCESADORA DEL SUR, INC.**                                    Case number *(if known)*

☐ None.

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | SEE EXHIBIT I | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | SEE EXHIBIT II | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **EMPACADORA Y PROCESADORA DEL SUR, INC.**  Case number *(if known)*

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **ALEXIS FUENTES HERNANDEZ, ESQ.**<br>PO BOX 9022726<br>San Juan, PR 00902-2726 | | 2/8/2022 | $25,000.00 |
| | Email or website address<br>alex@fuenteslaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **CPA LUIS R. CARRASQUILLO**<br>CALLE 28 TI 26<br>AVE TURABO GARDENS<br>Caguas, PR 00725 | | 2/8/2022 | $22,000.00 |
| | Email or website address<br>luis@cpacarrasquillo.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **EMPACADORA Y PROCESADORA DEL SUR, INC.**                    Case number *(if known)*

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

Debtor  **EMPACADORA Y PROCESADORA DEL SUR, INC.**  Case number *(if known)*

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **EMPACADORA Y PROCESADORA DEL SUR, INC.**                 Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **NERIS RODRIGUEZ**<br>**PARQUE IND SAN IDELFONSO SUITE 2**<br>**Coamo, PR 00769** | **2014-PRESENT** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **CPA RICARDO AGUIRRE**<br>**137 AVE JOSE DE DIEGO**<br>**San Juan, PR 00927** | **2014-PRESENT** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **NERIS RODRIGUEZ**<br>**PARQUE IND SAN IDELFONSO SUITE 2**<br>**Coamo, PR 00769** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **BANCO POPULAR OF PUERTO RICO**<br>**PO BOX 362708**<br>**San Juan, PR 00936-2708** |
| 26d.2. | **FONDO INTEGRAL DESARROLLO AGRICOLA**<br>**APARTADO 9745**<br>**San Juan, PR 00908** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

---

Debtor   **EMPACADORA Y PROCESADORA DEL SUR, INC.**                                   Case number *(if known)*

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | NERIS RODRIGUEZ | 12/31/2021 | $1,775,500 |

|  | Name and address of the person who has possession of inventory records |
|---|---|
| | NERIS RODRIGUEZ<br>PARQUE IND SAN IDELFONSO SUITE 2<br>Coamo, PR 00769 |

| | | Date of inventory | |
|---|---|---|---|
| 27.2 | NERIS RODRIGUEZ | 12/31/2020 | $1,802,760 |

|  | Name and address of the person who has possession of inventory records |
|---|---|
| | NERIS RODRIGUEZ<br>PARQUE IND SAN IDELFONSO SUITE 2<br>Coamo, PR 00769 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| CARLOS C. RODRIGUEZ ALONSO | URB TERRA DEL VALLE # 13<br>Cayey, PR 00736 | OWNER AND PRESIDENT | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | SEE EXHIBIT II | | | |

| | Relationship to debtor |
|---|---|
| | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Debtor   **EMPACADORA Y PROCESADORA DEL SUR, INC.**                    Case number *(if known)*

---

Name of the parent corporation

Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the pension fund

Employer Identification number of the parent corporation

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        2 / 15 / 2022

Signature of individual signing on behalf of the debtor

**CARLOS C. RODRIGUEZ ALONSO**
Printed name

Position or relationship to debtor   **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                    **EXHIBIT I**

**Case No. 22-0XXX**

**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the**
**Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | | Amount |
|------|---------|-------|---|--------|
| 11/26/21 | 14653 | Angel Sanchez Maldonado | $ | 2,048.52 |
| 11/29/21 | 14590 | Angel Sanchez Maldonado | | 2,048.51 |
| 12/3/21 | 30966 | Angel Sanchez Maldonado | | 400.00 |
| 12/31/21 | 14720 | Angel Sanchez Maldonado | | 2,048.52 |
| 1/7/22 | 31667 | Angel Sanchez Maldonado | | 400.00 |
| 1/28/22 | 14843 | Angel Sanchez Maldonado | | 2,048.52 |
| 2/4/22 | 32294 | Angel Sanchez Maldonado | | 400.00 |
| | | | | |
| 11/10/21 | ATH | Autoridad de Acueductos y | | 7,500.00 |
| 12/13/21 | Direct Pay | Autoridad de Acueductos y | | 7,500.00 |
| 1/4/22 | Direct Pay | Autoridad de Acueductos y | | 7,500.00 |
| 1/14/22 | | Autoridad de Acueductos y | | 7,500.00 |
| 1/14/22 | Debit | Autoridad de Acueductos y | | 7,500.00 |
| | | | | |
| 11/12/21 | cargos bancarios | Banco Popular de Puerto Rico | | 957.06 |
| 11/12/21 | cargos bancarios | Banco Popular de Puerto Rico | | 43.80 |
| 11/12/21 | cargos bancarios | Banco Popular de Puerto Rico | | 4.17 |
| 11/18/21 | Auditoria | Banco Popular de Puerto Rico | | 5,283.00 |
| 11/19/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 60.00 |
| 11/23/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 254.34 |
| 11/29/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 45.00 |
| 12/1/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 97.02 |
| 12/3/21 | 14598 | Banco Popular de Puerto Rico | | 500.00 |
| 12/6/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 60.00 |
| 12/6/21 | cargos bancarios | Banco Popular de Puerto Rico | | 60.00 |
| 12/13/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 1,037.73 |
| 12/13/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 195.00 |
| 12/20/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 405.00 |
| 12/21/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 375.00 |
| 12/28/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 420.00 |
| 12/30/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 30.00 |
| 12/31/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 200.00 |
| 12/31/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 197.70 |
| 12/31/21 | Cargos bancarios | Banco Popular de Puerto Rico | | 9.19 |
| 1/3/22 | Cargos bancarios | Banco Popular de Puerto Rico | | 88.80 |
| 1/4/22 | Cargos bancarios | Banco Popular de Puerto Rico | | 360.00 |
| 1/5/22 | Cargos bancarios | Banco Popular de Puerto Rico | | 195.00 |
| 1/5/22 | Cargos bancarios | Banco Popular de Puerto Rico | | 15.00 |
| 1/7/22 | Cargos bancarios | Banco Popular de Puerto Rico | | 645.00 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**　　　　　　　　**EXHIBIT I**
**Case No. 22-0XXX**
**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the**
**　Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | Amount |
|------|---------|-------|-------:|
| 1/7/22 | 14738 | Banco Popular de Puerto Rico | 500.00 |
| 1/12/22 | Cargos bancarios | Banco Popular de Puerto Rico | 1,082.28 |
| 1/13/22 | Cargos bancarios | Banco Popular de Puerto Rico | 15.00 |
| 1/25/22 | Cargos bancarios | Banco Popular de Puerto Rico | 330.00 |
| 1/31/22 | Cargos bancarios | Banco Popular de Puerto Rico | 264.35 |
| 1/31/22 | Cargos bancarios | Banco Popular de Puerto Rico | 180.00 |
| 2/1/22 | Cargos bancarios | Banco Popular de Puerto Rico | 84.73 |
| 2/4/22 | 14865 | Banco Popular de Puerto Rico | 500.00 |
| 2/7/22 | Cargos bancarios | Banco Popular de Puerto Rico | 570.00 |
| 2/8/22 | Cargos bancarios | Banco Popular de Puerto Rico | 225.00 |
| 2/9/22 | Cargos bancarios | Banco Popular de Puerto Rico | 30.00 |
| | | | |
| 11/15/21 | 14523 | Best Petroleum Corp | 2,680.00 |
| 12/6/21 | 14619 | Best Petroleum Corp | 2,410.00 |
| 12/22/21 | 14699 | Best Petroleum Corp | 2,510.00 |
| | | | |
| 11/12/21 | 14517 | Brenntag Puerto Rico, Inc. | 15,000.00 |
| 11/26/21 | 14562 | Brenntag Puerto Rico, Inc. | 20,225.87 |
| 12/6/21 | 14623 | Brenntag Puerto Rico, Inc. | 27,316.86 |
| 12/14/21 | 14643 | Brenntag Puerto Rico, Inc. | 27,000.00 |
| 12/20/21 | 14673 | Brenntag Puerto Rico, Inc. | 25,461.60 |
| 12/27/21 | 14705 | Brenntag Puerto Rico, Inc. | 27,186.74 |
| 12/31/21 | 14723 | Brenntag Puerto Rico, Inc. | 27,346.95 |
| 1/7/22 | 14759 | Brenntag Puerto Rico, Inc. | 14,069.16 |
| 1/14/22 | 14800 | Brenntag Puerto Rico, Inc. | 24,314.68 |
| 1/21/22 | 14825 | Brenntag Puerto Rico, Inc. | 32,014.08 |
| 2/1/22 | 14854 | Brenntag Puerto Rico, Inc. | 22,874.86 |
| 2/7/22 | 14885 | Brenntag Puerto Rico, Inc. | 16,478.38 |
| | | | |
| 11/19/21 | 14537 | C.P.D. | 4,440.00 |
| 12/3/21 | 14611 | C.P.D. | 4,440.00 |
| 12/17/21 | 14654 | C.P.D. | 4,440.00 |
| 12/24/21 | 14702 | C.P.D. | 4,440.00 |
| 1/14/22 | 14771 | C.P.D. | 4,440.00 |
| 1/28/22 | 14844 | C.P.D. | 4,440.00 |
| | | | |
| 11/12/21 | 30587 | Gerardo Rivera | 560.00 |
| 11/19/21 | 30720 | Gerardo Rivera | 560.00 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                    **EXHIBIT I**
**Case No. 22-0XXX**
**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the**
**  Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 11/24/21 | 30976 | Gerardo Rivera | 560.00 |
| 12/3/21 | 30967 | Gerardo Rivera | 560.00 |
| 12/10/21 | 31107 | Gerardo Rivera | 560.00 |
| 12/17/21 | 31247 | Gerardo Rivera | 560.00 |
| 12/24/21 | 31374 | Gerardo Rivera | 560.00 |
| 12/31/21 | 31506 | Gerardo Rivera | 560.00 |
| 1/7/22 | 31655 | Gerardo Rivera | 560.00 |
| 1/14/22 | 31890 | Gerardo Rivera | 560.00 |
| 1/21/22 | 31896 | Gerardo Rivera | 560.00 |
| 1/28/22 | 32149 | Gerardo Rivera | 560.00 |
| 2/4/22 | 32165 | Gerardo Rivera | 560.00 |
| 12/3/21 | 14617 | Gerardo Rivera | 500.00 |
| | | | |
| 1/20/22 | Retiro | Petty Cash and Office Supplies | 430.00 |
| 12/10/21 | 14638 | Petty Cash and Office Supplies | 400.00 |
| 12/31/21 | 31650 | Petty Cash and Office Supplies | 300.00 |
| 12/27/21 | ATH MOVIL | Petty Cash and Office Supplies | 250.00 |
| 11/12/21 | ATH-Movil | Damaris Tapia | 100.00 |
| 11/27/21 | ATH Movil | Damaris Tapia | 100.00 |
| 12/8/21 | ATH MOVIL | Damaris Tapia | 100.00 |
| 12/19/21 | ATH MOVIL | Damaris Tapia | 100.00 |
| 1/12/22 | ATH-Movil | Damaris Tapia | 100.00 |
| 1/15/22 | Retiro | Damaris Tapia | 100.00 |
| 1/18/22 | ATH Movil | Damaris Tapia | 100.00 |
| | | | |
| 2/5/22 | ATH Movil | Petty Cash and Office Supplies | 80.00 |
| 1/6/22 | ATH Movil | Petty Cash and Office Supplies | 75.00 |
| 12/10/21 | Retiro | Petty Cash and Office Supplies | 60.00 |
| 1/20/22 | Retiro | Petty Cash and Office Supplies | 60.00 |
| 2/9/22 | ATH Movil | Petty Cash and Office Supplies | 60.00 |
| 12/4/21 | Retiro | Petty Cash and Office Supplies | 40.00 |
| 12/8/21 | Retiro | Petty Cash and Office Supplies | 40.00 |
| 12/24/21 | ATH MOVIL | Petty Cash and Office Supplies | 40.00 |
| 1/10/22 | Retiro | Petty Cash and Office Supplies | 40.00 |
| 1/11/22 | Retiro | Petty Cash and Office Supplies | 40.00 |
| 1/22/22 | Retiro | Petty Cash and Office Supplies | 40.00 |
| 1/31/22 | Retiro | Petty Cash and Office Supplies | 40.00 |
| 2/7/22 | Retiro | Petty Cash and Office Supplies | 40.00 |
| 1/22/22 | ATH Movil | Petty Cash and Office Supplies | 30.00 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                                    **EXHIBIT I**
**Case No. 22-0XXX**
**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the**
**  Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 1/31/22 | ATH Movil | Petty Cash and Office Supplies | 30.00 |
| 2/6/22 | ATH Movil | Petty Cash and Office Supplies | 30.00 |
| 1/22/22 | ATH Movil | Petty Cash and Office Supplies | 23.00 |
| 12/3/21 | Retiro | Petty Cash and Office Supplies | 20.00 |
| 1/4/22 | Retiro | Petty Cash and Office Supplies | 20.00 |
| 1/26/22 | Retiro | Petty Cash and Office Supplies | 20.00 |
| 1/29/22 | ATH Movil | Petty Cash and Office Supplies | 20.00 |
| 12/18/21 | ATH MOVIL | Petty Cash and Office Supplies | 18.00 |
| 12/18/21 | ATH MOVIL | Petty Cash and Office Supplies | 16.50 |
| 1/16/22 | ATH Movil | Petty Cash and Office Supplies | 12.74 |
| 12/20/21 | Retiro | Petty Cash and Office Supplies | 10.00 |
| 1/22/22 | ATH Movil | Petty Cash and Office Supplies | 8.43 |
| 1/18/22 | ATH Movil | Petty Cash and Office Supplies | 8.00 |
| 1/20/22 | ATH Movil | Petty Cash and Office Supplies | 5.00 |
| | | | |
| 11/19/21 | 14552 | Central Packaging Caribe, Inc. | 3,071.40 |
| 11/26/21 | 14571 | Central Packaging Caribe, Inc. | 2,370.20 |
| 12/20/21 | 14686 | Central Packaging Caribe, Inc. | 1,792.00 |
| 12/31/21 | 14729 | Central Packaging Caribe, Inc. | 1,796.00 |
| 1/14/22 | 14786 | Central Packaging Caribe, Inc. | 1,320.50 |
| | | | |
| 11/26/21 | 14575 | Centro Sur Ready Mix LLC | 2,500.00 |
| 11/30/21 | 14898 | Centro Sur Ready Mix LLC | 2,500.00 |
| 12/20/21 | 14690 | Centro Sur Ready Mix LLC | 2,500.00 |
| 12/31/21 | 14717 | Centro Sur Ready Mix LLC | 2,500.00 |
| 1/14/22 | 14790 | Centro Sur Ready Mix LLC | 2,500.00 |
| 2/9/22 | 14909 | Centro Sur Ready Mix LLC | 10,253.00 |
| | | | |
| 12/3/21 | Debit | Centro Unido de Detallistas | 260.00 |
| 1/7/22 | Debit | Centro Unido de Detallistas | 260.00 |
| 2/7/22 | Debit | Centro Unido de Detallistas | 260.00 |
| | | | |
| 12/17/21 | 14665 | Cindy M. Reyes Ortiz | 300.00 |
| | | | |
| 11/26/21 | 14572 | Comercial Berrios | 1,278.40 |
| 12/20/21 | 14687 | Comercial Berrios | 433.61 |
| 12/31/21 | 14730 | Comercial Berrios | 766.87 |
| 1/14/22 | 14787 | Comercial Berrios | 709.40 |
| 2/9/22 | 14908 | Comercial Berrios | 8,774.95 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                    **EXHIBIT I**
**Case No. 22-0XXX**
**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the**
**  Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 12/24/21 | 14721 | Compañía de Fomento Industrial de PR | 7,732.72 |
| 1/14/22 | 14793 | Compañía de Fomento Industrial de PR | 7,732.72 |
| 11/26/21 | 14564 | Consolidated Waste Services Corp. | 1,850.00 |
| 12/20/21 | 14678 | Consolidated Waste Services Corp. | 1,850.00 |
| 1/14/22 | 14782 | Consolidated Waste Services Corp. | 1,915.00 |
| 11/26/21 | 14559 | Cooperativa Gasolinera La Candela | 1,344.18 |
| 12/3/21 | 14613 | Cooperativa Gasolinera La Candela | 643.11 |
| 12/3/21 | 14602 | Cooperativa Gasolinera La Candela | 615.85 |
| 1/7/22 | 14744 | Cooperativa Gasolinera La Candela | 1,137.00 |
| 1/7/22 | 14760 | Cooperativa Gasolinera La Candela | 527.22 |
| 1/7/22 | 14805 | Cooperativa Gasolinera La Candela | 515.24 |
| 1/7/22 | 14813 | Cooperativa Gasolinera La Candela | 322.68 |
| 2/4/22 | 14858 | Cooperativa Gasolinera La Candela | 1,109.99 |
| 2/8/22 | 14873 | CPA Luis R. Carrasquillo & Co | 22,000.00 |
| 1/26/22 | 14834 | Midland Foods, LLC | 18,127.20 |
| 11/19/21 | 14533 | Easy Packaging Distributors, LLC | 13,432.20 |
| 11/23/21 | 14558 | Easy Packaging Distributors, LLC | 17,204.20 |
| 12/6/21 | 14622 | Easy Packaging Distributors, LLC | 15,606.90 |
| 12/16/21 | 14660 | Easy Packaging Distributors, LLC | 18,000.00 |
| 12/31/21 | 14722 | Easy Packaging Distributors, LLC | 18,004.00 |
| 1/14/22 | 14778 | Easy Packaging Distributors, LLC | 14,696.65 |
| 1/24/22 | 14830 | Easy Packaging Distributors, LLC | 20,000.00 |
| 1/28/22 | 14852 | Easy Packaging Distributors, LLC | 20,051.93 |
| 2/10/22 | 14897 | Easy Packaging Distributors, LLC | 16,501.53 |
| 11/12/21 | 14522 | Eduardo Cordero Medina | 945.00 |
| 11/24/21 | 14560 | Eduardo Cordero Medina | 4,410.00 |
| 12/3/21 | 14600 | Eduardo Cordero Medina | 1,260.00 |
| 12/17/21 | 14650 | Eduardo Cordero Medina | 1,575.00 |
| 12/24/21 | 14703 | Eduardo Cordero Medina | 1,575.00 |
| 1/14/22 | 14769 | Eduardo Cordero Medina | 2,100.00 |
| 2/4/22 | 14857 | Eduardo Cordero Medina | 945.00 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**          **EXHIBIT I**

**Case No. 22-0XXX**

**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | | Amount |
|------|---------|-------|--|--------|
| 11/10/21 | 14509 | Elvin Rivera Ramos | | 1,783.97 |
| 11/12/21 | 14518 | Elvin Rivera Ramos | | 3,500.57 |
| 11/19/21 | 14543 | Elvin Rivera Ramos | | 704.83 |
| 11/29/21 | 14586 | Elvin Rivera Ramos | | 660.38 |
| 12/1/21 | 14603 | Elvin Rivera Ramos | | 121.14 |
| 12/3/21 | 14596 | Elvin Rivera Ramos | | 1,520.64 |
| 12/3/21 | 14618 | Elvin Rivera Ramos | | 276.00 |
| 12/10/21 | 14633 | Elvin Rivera Ramos | | 611.93 |
| 1/4/22 | 14749 | Elvin Rivera Ramos | | 1,161.84 |
| 1/7/22 | 14737 | Elvin Rivera Ramos | | 1,520.64 |
| 1/12/22 | 14773 | Elvin Rivera Ramos | | 703.51 |
| 1/21/22 | 14826 | Elvin Rivera Ramos | | 511.23 |
| 1/28/22 | 14849 | Elvin Rivera Ramos | | 998.59 |
| 2/2/22 | 14871 | Elvin Rivera Ramos | | 659.37 |
| 2/4/22 | 14864 | Elvin Rivera Ramos | | 1,520.64 |
| | | | | |
| 11/15/21 | 11991 | Empacadora y Procesadora del Sur, Inc. | Transfers | 34,560.00 |
| 11/29/21 | 11992 | Empacadora y Procesadora del Sur, Inc. | Transfers | 65,205.60 |
| 12/2/21 | 11993 | Empacadora y Procesadora del Sur, Inc. | Transfers | 29,805.20 |
| 12/21/21 | 11994 | Empacadora y Procesadora del Sur, Inc. | Transfers | 64,200.00 |
| 12/27/21 | 11995 | Empacadora y Procesadora del Sur, Inc. | Transfers | 22,003.20 |
| 12/29/21 | 11996 | Empacadora y Procesadora del Sur, Inc. | Transfers | 129,120.00 |
| 2/8/22 | 14894 | Empacadora y Procesadora del Sur, Inc. | Transfers | 150.00 |
| | | | | |
| 11/13/21 | Transferencia | Finca Sur, LLC | | 3,000.00 |
| 11/15/21 | Transferencia | Finca Sur, LLC | | 13,000.00 |
| 11/18/21 | Transferencia | Finca Sur, LLC | | 10,000.00 |
| 11/23/21 | Transferencia | Finca Sur, LLC | | 4,100.00 |
| 11/24/21 | Transferencia | Finca Sur, LLC | | 31,000.00 |
| 11/30/21 | Transferencia | Finca Sur, LLC | | 10,000.00 |
| 11/30/21 | 14898 | Finca Sur, LLC | | 3,500.00 |
| 12/1/21 | Transferencia F. Sur | Finca Sur, LLC | | 1,600.00 |
| 12/2/21 | Transferencia- Finca | Finca Sur, LLC | | 1,500.00 |
| 12/3/21 | Trasnferencia | Finca Sur, LLC | | 15,000.00 |
| 12/3/21 | Linea Credito | Finca Sur, LLC | | 500.00 |
| 12/6/21 | Transferencia | Finca Sur, LLC | | 12,500.00 |
| 12/7/21 | Transferencia | Finca Sur, LLC | | 11,500.00 |
| 12/8/21 | Transferencia | Finca Sur, LLC | | 7,120.00 |
| 12/9/21 | Transferencia | Finca Sur, LLC | | 5,000.00 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                                    **EXHIBIT I**
**Case No. 22-0XXX**
**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the**
**  Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | Amount |
|------|---------|-------|-------:|
| 12/9/21 | Transferencia | Finca Sur, LLC | 1,000.00 |
| 12/11/21 | Transferencia | Finca Sur, LLC | 8,000.00 |
| 12/14/21 | Transferencia | Finca Sur, LLC | 42,000.00 |
| 12/17/21 | Transferencia | Finca Sur, LLC | 6,000.00 |
| 12/21/21 | Transferencia | Finca Sur, LLC | 10,000.00 |
| 12/22/21 | Transferencia | Finca Sur, LLC | 6,000.00 |
| 12/23/21 | Transferencia | Finca Sur, LLC | 17,000.00 |
| 12/27/21 | Transferencia | Finca Sur, LLC | 7,200.00 |
| 12/28/21 | Transferencia | Finca Sur, LLC | 1,000.00 |
| 12/29/21 | Transferencia | Finca Sur, LLC | 10,600.00 |
| 12/31/21 | Transferencia | Finca Sur, LLC | 4,000.00 |
| 12/31/21 | Transferencia | Finca Sur, LLC | 1,000.00 |
| 1/4/22 | Wire/Knoll | Finca Sur, LLC | 3,200.00 |
| 1/5/22 | TRANSFERENCIA | Finca Sur, LLC | 10,122.81 |
| 1/5/22 | TRANS. F SUR PLA | Finca Sur, LLC | 1,500.00 |
| 1/8/22 | Transferencia | Finca Sur, LLC | 11,000.00 |
| 1/10/22 | Transf. Finca Platan | Finca Sur, LLC | 1,100.00 |
| 1/12/22 | Transferencia | Finca Sur, LLC | 10,000.00 |
| 1/12/22 | Transferencia | Finca Sur, LLC | 3,000.00 |
| 1/20/22 | Transferencia | Finca Sur, LLC | 12,100.00 |
| 1/21/22 | Transferencia | Finca Sur, LLC | 2,000.00 |
| 1/24/22 | Transferencia | Finca Sur, LLC | 8,000.00 |
| 1/24/22 | Transferencia | Finca Sur, LLC | 1,500.00 |
| 1/25/22 | Transferencia | Finca Sur, LLC | 14,000.00 |
| 1/25/22 | Transferencia | Finca Sur, LLC | 10,000.00 |
| 1/27/22 | Transferencia | Finca Sur, LLC | 2,000.00 |
| 1/27/22 | Transferencia | Finca Sur, LLC | 500.00 |
| 1/28/22 | Transferencia | Finca Sur, LLC | 18,374.36 |
| 1/31/22 | Transferencia | Finca Sur, LLC | 1,500.00 |
| 2/1/22 | Transferencia | Finca Sur, LLC | 25,000.00 |
| 2/8/22 | Transferencia | Finca Sur, LLC | 8,000.00 |
| 2/8/22 | Transferencia | Finca Sur, LLC | 500.00 |
| 2/9/22 | 14910 | Finca Sur, LLC | 27,268.00 |
| 2/9/22 | 14914 | Finca Sur, LLC | 21,148.26 |
| 2/9/22 | 14911 | Finca Sur, LLC | 20,639.00 |
| | | | |
| 11/30/21 | Debit by Wendys | Fondo de Innovacion | 13,407.50 |
| 12/15/21 | Debit by Wendys | Fondo de Innovacion | 13,407.50 |
| 1/7/22 | Debit by Wendy's | Fondo de Innovacion | 13,407.50 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                    **EXHIBIT I**
**Case No. 22-0XXX**
**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the
  Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 2/9/22 | 14913 | Fuentes Law Offices, LLC | 25,000.00 |
| 11/19/21 | Debit | Impulse Finance | 872.12 |
| 11/29/21 | Debit | Impulse Finance | 745.02 |
| 12/3/21 | Debit | Impulse Finance | 6,162.48 |
| 12/3/21 | Debit | Impulse Finance | 421.99 |
| 12/29/21 | ATH | Impulse Finance | 872.12 |
| 12/31/21 | Debit | Impulse Finance | 745.02 |
| 12/31/21 | Debit | Impulse Finance | 421.99 |
| 1/7/22 | Debit | Impulse Finance | 6,162.48 |
| 1/28/22 | Debit | Impulse Finance | 745.02 |
| 2/4/22 | Debit | Impulse Finance | 6,162.48 |
| 11/26/21 | 14565 | International Chemtex PR Inc. | 356.80 |
| 12/20/21 | 14680 | International Chemtex PR Inc. | 356.80 |
| 1/14/22 | 14794 | International Chemtex PR Inc. | 356.80 |
| 2/8/22 | 14901 | International Chemtex PR Inc. | 356.80 |
| 11/26/21 | 14566 | International Distributors Inc | 2,172.10 |
| 12/20/21 | 14681 | International Distributors Inc | 573.80 |
| 12/31/21 | 14725 | International Distributors Inc | 1,590.90 |
| 11/22/21 | 14551 | Iris Y. Battistini | 4,432.50 |
| 12/7/21 | 14624 | Iris Y. Battistini | 3,465.00 |
| 12/17/21 | 14668 | Iris Y. Battistini | 3,510.00 |
| 1/4/22 | 14747 | Iris Y. Battistini | 2,647.50 |
| 1/17/22 | 14803 | Iris Y. Battistini | 1,890.00 |
| 2/3/22 | 14872 | Iris Y. Battistini | 2,520.00 |
| 11/30/21 | 14898 | Iris Y. Battistini (14882) | 4,000.00 |
| 2/5/22 | 14882 | Iris Y. Battistini | 4,000.00 |
| 11/30/21 | | John Bean Technologies Corp | 72,968.00 |
| 12/31/21 | | JSC Construction | 63,852.09 |
| 1/21/22 | 14828 | JSC Construction | 3,595.20 |
| 11/12/21 | 14510 | Juan G. Ortiz De Jesus | 2,070.00 |
| 11/19/21 | 14532 | Juan G. Ortiz De Jesus | 1,620.00 |
| 11/26/21 | 14583 | Juan G. Ortiz De Jesus | 3,037.50 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                                        **EXHIBIT I**
**Case No. 22-0XXX**
**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the**
**  Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 11/26/21 | 14608 | Juan G. Ortiz De Jesus | 2,520.00 |
| 12/10/21 | 14627 | Juan G. Ortiz De Jesus | 1,845.00 |
| 12/17/21 | 14647 | Juan G. Ortiz De Jesus | 2,550.00 |
| 12/24/21 | 14694 | Juan G. Ortiz De Jesus | 1,845.00 |
| 12/31/21 | 14716 | Juan G. Ortiz De Jesus | 2,070.00 |
| 1/7/22 | 14750 | Juan G. Ortiz De Jesus | 1,395.00 |
| 1/14/22 | 14767 | Juan G. Ortiz De Jesus | 1,800.00 |
| 1/21/22 | 14815 | Juan G. Ortiz De Jesus | 2,520.00 |
| 1/28/22 | 14841 | Juan G. Ortiz De Jesus | 1,620.00 |
| 2/4/22 | 14875 | Juan G. Ortiz De Jesus | 2,430.00 |
| | | | |
| 11/26/21 | 14568 | Lianca Folding Box, Inc. | 2,109.45 |
| 12/20/21 | 14683 | Lianca Folding Box, Inc. | 2,109.45 |
| 12/31/21 | 14726 | Lianca Folding Box, Inc. | 2,066.40 |
| 1/14/22 | 14783 | Lianca Folding Box, Inc. | 3,274.80 |
| | | | |
| 11/26/21 | 14573 | Liquilux Gas Corporation | 2,182.00 |
| 12/20/21 | 14688 | Liquilux Gas Corporation | 3,964.50 |
| 12/24/21 | 14701 | Liquilux Gas Corporation | 3,324.50 |
| 12/31/21 | 14731 | Liquilux Gas Corporation | 2,829.35 |
| 1/14/22 | 14788 | Liquilux Gas Corporation | 2,760.00 |
| | | | |
| 11/12/21 | 14493 | Luis Orlando Perez Lopez | 720.00 |
| 11/19/21 | 14529 | Luis Orlando Perez Lopez | 720.00 |
| 11/24/21 | 14553 | Luis Orlando Perez Lopez | 770.00 |
| 12/3/21 | 14605 | Luis Orlando Perez Lopez | 720.00 |
| 12/10/21 | 14625 | Luis Orlando Perez Lopez | 720.00 |
| 12/17/21 | 14646 | Luis Orlando Perez Lopez | 720.00 |
| 12/24/21 | 14669 | Luis Orlando Perez Lopez | 720.00 |
| 12/31/21 | 14713 | Luis Orlando Perez Lopez | 870.00 |
| 1/7/22 | 14751 | Luis Orlando Perez Lopez | 870.00 |
| 1/14/22 | 14765 | Luis Orlando Perez Lopez | 800.00 |
| 1/21/22 | 14819 | Luis Orlando Perez Lopez | 800.00 |
| 1/28/22 | 14840 | Luis Orlando Perez Lopez | 720.00 |
| 2/4/22 | 14874 | Luis Orlando Perez Lopez | 855.00 |
| | | | |
| 12/15/21 | Direct Pay | LUMA Energy | 15,000.00 |
| 1/3/22 | | LUMA Energy | 15,000.00 |
| 1/4/22 | Direct Pay | LUMA Energy | 15,000.00 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                    **EXHIBIT I**
**Case No. 22-0XXX**
**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the**
  **Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 1/14/22 | | LUMA Energy | 15,000.00 |
| 1/14/22 | Debit | LUMA Energy | 15,000.00 |
| | | | |
| 11/12/21 | 14505 | Mariela Vazquez Rivera | 3,600.00 |
| 12/10/21 | 14637 | Mariela Vazquez Rivera | 3,600.00 |
| 12/17/21 | 14651 | Mariela Vazquez Rivera | 900.00 |
| 1/14/22 | 14770 | Mariela Vazquez Rivera | 3,600.00 |
| 1/21/22 | 14816 | Mariela Vazquez Rivera | 2,620.00 |
| 1/21/22 | 14810 | Mariela Vazquez Rivera | 900.00 |
| | | | |
| 11/12/21 | 14516 | Mays Chemical Company of PR Inc | 12,390.00 |
| 11/19/21 | 14542 | Mays Chemical Company of PR Inc | 10,442.65 |
| 12/3/21 | 14614 | Mays Chemical Company of PR Inc | 12,550.00 |
| 12/17/21 | 14662 | Mays Chemical Company of PR Inc | 10,885.50 |
| 12/24/21 | 14692 | Mays Chemical Company of PR Inc | 18,420.00 |
| 1/7/22 | 14756 | Mays Chemical Company of PR Inc | 19,147.50 |
| 1/13/22 | 14761 | Mays Chemical Company of PR Inc | 13,275.00 |
| 1/21/22 | 14824 | Mays Chemical Company of PR Inc | 27,877.50 |
| 1/28/22 | 14848 | Mays Chemical Company of PR Inc | 17,860.00 |
| | | | |
| 11/10/21 | 14490 | Midland Foods LLC | 92,324.00 |
| 11/17/21 | 14527 | Midland Foods LLC | 132,877.40 |
| 11/24/21 | 14545 | Midland Foods LLC | 132,362.80 |
| 11/24/21 | 14585 | Midland Foods LLC | 55,589.40 |
| 12/1/21 | 14588 | Midland Foods LLC | 140,059.00 |
| 12/8/21 | 14620 | Midland Foods LLC | 172,579.80 |
| 12/15/21 | 14644 | Midland Foods LLC | 204,790.00 |
| 12/22/21 | 14675 | Midland Foods LLC | 158,677.00 |
| 12/29/21 | 14711 | Midland Foods LLC | 141,823.00 |
| 1/5/22 | 14745 | Midland Foods LLC | 181,961.60 |
| 1/12/22 | 14757 | Midland Foods LLC | 182,415.60 |
| 1/19/22 | 14801 | Midland Foods LLC | 127,212.80 |
| 1/26/22 | 14834 | Midland Foods LLC | 170,421.40 |
| 2/3/22 | 14877 | Midland Foods LLC | 137,223.60 |
| 2/9/22 | 14878 | Midland Foods LLC | 107,220.20 |
| | | | |
| 12/20/21 | 14693 | Packaging Specialties of Georgia, Inc. | 5,303.91 |
| 1/14/22 | 14792 | Packaging Specialties of Georgia, Inc. | 4,996.27 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                    **EXHIBIT I**

**Case No. 22-0XXX**

**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the**
  **Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 11/19/21 | 14540 | Packers Provision | 19,152.08 |
| 12/17/21 | 14642 | Packers Provision | 17,941.39 |
| 12/21/21 | 14641 | Packers Provision | 17,941.39 |
| 1/14/22 | 14781 | Packers Provision | 17,504.34 |
| | | | |
| 11/26/21 | 14570 | Planta de Hielo La Coameña, Inc. | 1,200.00 |
| 12/20/21 | 14685 | Planta de Hielo La Coameña, Inc. | 1,800.00 |
| 12/31/21 | 14728 | Planta de Hielo La Coameña, Inc. | 1,200.00 |
| 1/14/22 | 14785 | Planta de Hielo La Coameña, Inc. | 1,200.00 |
| 2/9/22 | 14906 | Planta de Hielo La Coameña, Inc. | 5,800.00 |
| | | | |
| 12/3/21 | Debit | Popular Auto | 1,208.58 |
| 12/3/21 | Debit | Popular Auto | 796.70 |
| 1/14/22 | Debit | Popular Auto | 778.87 |
| 11/12/21 | Debit | Popular Leasing | 778.87 |
| 11/12/21 | Debit | Popular Leasing | 487.90 |
| 12/3/21 | Debit | Popular Leasing | 485.49 |
| 12/10/21 | ATH | Popular Leasing | 778.87 |
| 12/10/21 | ATH | Popular Leasing | 487.90 |
| 1/7/22 | Debit | Popular Leasing | 1,208.58 |
| 1/7/22 | Debit | Popular Leasing | 796.70 |
| 1/7/22 | Debit | Popular Leasing | 485.49 |
| 1/14/22 | Debit | Popular Leasing | 487.90 |
| 2/4/22 | Debit | Popular Leasing | 1,208.58 |
| 2/4/22 | Debit | Popular Leasing | 796.70 |
| 2/4/22 | Debit | Popular Leasing | 485.49 |
| | | | |
| 11/26/21 | 14577 | Provisur Technologies, Inc. | 1,492.90 |
| 1/14/22 | 14796 | Provisur Technologies, Inc. | 2,229.06 |
| 2/9/22 | | Provisur Technologies, Inc. | 5,626.09 |
| | | | |
| 11/26/21 | 14561 | Quirch Foods | 43,954.52 |
| 12/10/21 | 14639 | Quirch Foods | 18,081.45 |
| 1/14/22 | 14777 | Quirch Foods | 20,900.00 |
| 2/4/22 | 14880 | Quirch Foods | 18,887.50 |
| | | | |
| 12/31/21 | | Refrigerama | 39,744.00 |
| | | | |
| 11/12/21 | 14496 | Reinaldo Saez  Rivera | 3,847.50 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                    **EXHIBIT I**
**Case No. 22-0XXX**
**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the**
  **Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 11/19/21 | 14531 | Reinaldo Saez  Rivera | 3,847.50 |
| 11/24/21 | 14555 | Reinaldo Saez  Rivera | 4,222.50 |
| 12/3/21 | 14607 | Reinaldo Saez  Rivera | 3,961.25 |
| 12/10/21 | 14628 | Reinaldo Saez  Rivera | 4,246.50 |
| 12/17/21 | 14649 | Reinaldo Saez  Rivera | 4,300.50 |
| 12/24/21 | 14671 | Reinaldo Saez  Rivera | 4,513.50 |
| 12/31/21 | 14708 | Reinaldo Saez  Rivera | 3,847.50 |
| 1/7/22 | 14753 | Reinaldo Saez  Rivera | 3,847.50 |
| 1/14/22 | 14768 | Reinaldo Saez  Rivera | 3,997.50 |
| 1/14/22 | 14774 | Reinaldo Saez  Rivera | 255.00 |
| 1/21/22 | 14811 | Reinaldo Saez  Rivera | 3,847.50 |
| 1/28/22 | 14838 | Reinaldo Saez  Rivera | 3,847.50 |
| 2/4/22 | 14860 | Reinaldo Saez  Rivera | 3,847.50 |
| 11/19/21 | 14535 | Secretario de Hacienda | 19.20 |
| 11/22/21 | 14551 | Secretario de Hacienda | 492.50 |
| 11/24/21 | 14560 | Secretario de Hacienda | 490.00 |
| 11/26/21 | 14583 | Secretario de Hacienda | 337.50 |
| 12/7/21 | 14624 | Secretario de Hacienda | 385.00 |
| 12/17/21 | 14664 | Secretario de Hacienda | 19.20 |
| 1/4/22 | 14747 | Secretario de Hacienda | 127.50 |
| 1/17/22 | 14803 | Secretario de Hacienda | 210.00 |
| 2/3/22 | 14872 | Secretario de Hacienda | 280.00 |
| 12/23/21 | ATH | Secretario de Hacienda | 600.00 |
| 11/19/21 | 14507 | Terra Foods Traiding Corp. | 63,700.00 |
| 12/3/21 | 14508 | Terra Foods Traiding Corp. | 63,700.00 |
| 2/10/22 | 14835 | Terra Foods Traiding Corp. | 58,420.00 |
| 11/12/21 | ATH | UPS SCS | 43.93 |
| 11/26/21 | ATH | UPS SCS | 3,534.89 |
| 12/3/21 | ATH | UPS SCS | 22.53 |
| 12/10/21 | ATH | UPS SCS | 4,019.25 |
| 1/7/22 | ATH | UPS SCS | 49.67 |
| 1/14/22 | ATH | UPS SCS | 199.86 |
| 1/21/22 | ATH | UPS SCS | 6,570.21 |
| 1/28/22 | Debit | UPS SCS | 4,483.02 |
| 12/16/21 | Debit | Service | 9,171.77 |

**EMPACADORA Y PROCESADORA DEL SUR, INC.**                    **EXHIBIT I**
**Case No. 22-0XXX**
**Payments Made 90 Days Prior to the Filing to Creditors, Individually or in the**
  **Aggregate Exceeding $6,825, Individually or in the Aggregate**

| Date | Check # | Payee | Amount |
|------|---------|-------|--------|
| 1/4/22 | Direct Pay | Service | 9,376.07 |
| 1/21/22 | Direct pay | Service | 10,866.81 |
| 2/9/22 | | Service | 6,823.62 |
| | | | |
| 11/11/21 | 14491 | Valley Food Produce, Inc | 59,040.00 |
| 11/18/21 | 14524 | Valley Food Produce, Inc | 46,144.72 |
| 11/19/21 | 14525 | Valley Food Produce, Inc | 46,144.72 |
| 11/26/21 | 14546 | Valley Food Produce, Inc | 59,135.00 |
| 12/3/21 | 14587 | Valley Food Produce, Inc | 59,135.00 |
| 12/10/21 | 14621 | Valley Food Produce, Inc | 44,466.83 |
| 12/17/21 | 14645 | Valley Food Produce, Inc | 44,466.83 |
| 12/24/21 | 14676 | Valley Food Produce, Inc | 46,312.95 |
| 12/30/21 | 14710 | Valley Food Produce, Inc | 46,312.95 |
| 12/31/21 | 14712 | Valley Food Produce, Inc | 59,760.00 |
| 1/7/22 | 14746 | Valley Food Produce, Inc | 59,760.00 |
| 1/14/22 | 14758 | Valley Food Produce, Inc | 60,720.00 |
| 1/21/22 | 14802 | Valley Food Produce, Inc | 60,720.00 |
| 2/4/22 | 14846 | Valley Food Produce, Inc | 123,080.40 |
| 2/9/22 | 14912 | Valley Food Produce, Inc | 89,527.50 |
| | | | |
| 11/11/21 | 14492 | Vectra International Inc. | 60,000.00 |
| 11/18/21 | 14526 | Vectra International Inc. | 60,000.00 |
| 11/26/21 | 14547 | Vectra International Inc. | 60,000.00 |
| 12/3/21 | 14589 | Vectra International Inc. | 60,000.00 |
| 12/10/21 | 14629 | Vectra International Inc. | 53,294.00 |
| 12/18/21 | 14661 | Vectra International Inc. | 60,000.00 |
| 12/24/21 | 14677 | Vectra International Inc. | 60,000.00 |
| 1/14/22 | 14779 | Vectra International Inc. | 40,000.00 |
| | | | |
| 11/15/21 | 14528 | WestRock- Puerto Rico Inc | 12,397.28 |
| 11/26/21 | 14563 | WestRock- Puerto Rico Inc | 12,793.65 |
| 12/20/21 | 14674 | WestRock- Puerto Rico Inc | 15,028.80 |
| 12/31/21 | 14718 | WestRock- Puerto Rico Inc | 12,604.01 |
| 1/14/22 | 14780 | WestRock- Puerto Rico Inc | 13,584.25 |
| 1/21/22 | 14831 | WestRock- Puerto Rico Inc | 27,498.02 |
| 1/28/22 | 14853 | WestRock- Puerto Rico Inc | 26,894.32 |
| 2/7/22 | 14886 | WestRock- Puerto Rico Inc | 20,932.88 |
| | | | |
| 11/12/21 | 14495 | Xavier Lopez Rivera | 845.00 |